No. 670. PERKINS ET AL. *v.* MATTHEWS, MAYOR OF CANTON, ET AL. Appeal from D. C. S. D. Miss. Probable jurisdiction noted. *Armand Derfner* for appellants. *A. F. Summer,* Attorney General of Mississippi, and *William A. Allain,* Assistant Attorney General, for appellees.

No. 1066. CITY OF PHOENIX ET AL. *v.* KOLODZIEJSKI. Appeal from D. C. Ariz. Probable jurisdiction noted. *Rex E. Lee* for appellants. *Ivan Robinette* for appellee. Briefs of *amici curiae* were filed by: *Manly W. Mumford* for the City of Tulsa, Oklahoma; *Crawford C. Martin,* Attorney General, *Nola White,* First Assistant Attorney General, and *Joseph H. Sharpley,* Assistant Attorney General, for the State of Texas; *Leonard E. Yokum* for Police Jury of Parish of Tangipahoa, Louisiana; *Myles P. Tallmadge* for Poudre School District R-1, Larimer County, Colorado; *Phillip H. Holm* for Salt Lake City, Utah; *W. Crosby Few* for Special Tax School District No. 1 of the County of Hillsborough, Florida; *Robert M. Robson,* Attorney General, and *James R. Hargis* and *Larry D. Ripley,* Assistant Attorneys General, for the State of Idaho; and *Gary K. Nelson,* Attorney General, for the State of Arizona.

No. 896. WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* ROTHSTEIN ET AL. Appeal from D. C. S. D. N. Y. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Amy Juviler,* Assistant Attorney General, and *Philip Weinberg* for appellants. *Carl Rachlin* for appellees.